**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00337-LTB-BNB

DEBRA KIMMEL,

       Plaintiff,

v.

SRA ASSOCIATES, INC., a New Jersey corporation,

       Defendant.

_____

**ORDER OF DISMISSAL**
_____

       THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 12 - filed April 18, 2008), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED: April 21, 2008